# Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2184CV00418

ADERITO MONTEIRO, PLAINTIFF(S),

v.

MATTHEW J. SHEEHAN, DEFENDANT(S)

*A TRUE COPY ATTEST
DEPUTY SHERIFF
Middlesex County
DATE OF SERVICE 3/18/21*

## SUMMONS

THIS SUMMONS IS DIRECTED TO MATTHEW J. SHEEHAN. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the SUFFOLK SUPERIOR Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, SUFFOLK SUP Court, 3 PEMBERTON SQ BOSTON MA (address), by mail or in person, **AND**

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: MANUEL R PERES 1212 HANCOCK ST. QUINCY MA

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a "**Motion to Dismiss,**" if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

COMMONWELATH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPT
No 2184CV00418

ADERITO MONTEIRO

Vs.

MATTHEW J. SHEEHAN

COMPLAINT AND
JURY TRIAL DEMAND

RECEIVED
FEB 23 2021
SUPERIOR COURT-CIVIL
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## PARTIES

1       Plaintiff, Aderito Monteiro, (hereinafter, "Mr. Monteiro") is a Black Cape Verdean individual and resides in the City of Randolph, Norfolk County, Massachusetts.

2.      Defendant State Trooper Matthew J. Sheehan is and was, at all times material to this complaint, a duly appointed and acting State Trooper of the Commonwealth of Massachusetts, acting under color of law, to wit, under color of the statutes, ordinances, regulations, policies, customs and usages of the Commonwealth of Massachusetts.

## FACTUAL ALEGATIONS

3.      On February 24, 2018 Mr. Monteiro was operating an off road vehicle in the vicinity of Route I-93 South at exit 18 in Roxbury, Massachusetts.

4.      On the same date, Boston Police and Massachusetts State Troopers responded to a report of multiple all terrain vehicles and off road motorcycles being operated on the Zakim Bridge, the Tip O'Neil Tunnel and Route I-93 South.

1

5. The Boston Police and Massachusetts State Troopers set up a roadblock at Exit 18 on Route I-93 South.

6. As Mr. Monteiro operated his off road vehicle on Route I-93 South at exit 18 in Roxbury, Massachusetts, he drove passed State Trooper Matthew J. Sheehan. At that time State Trooper Matthew J. Sheehan pointed and discharged his rifle directly at Mr. Monteiro causing serious bodily injury.

7. Mr. Monteiro was ordered by a Boston Police officer to stop his off road vehicle and lie on the ground. Mr. Monteiro complied and was later taken to the Boston Medical Center for treatment of his injuries.

8. Despite the presence of dozens of police personnel at the scene State Trooper Matthew J. Sheehan was the only police officer or State Trooper that discharged a firearm during the incident.

9. The discharge of firearm by State Trooper Matthew J. Sheehan was deliberate willful, unjustified and unprovoked by any action or conduct of Mr. Monteiro and was motivated solely by racial animus toward Mr. Monteiro.

10. State Trooper Matthew J. Sheehan has a long prior history of posting racist and profane comments on the internet, having posted approximately 100 such comments.

11. State Trooper Matthew J. Sheehan has also been the subject of five internal affairs complaints between 2011 and 2016, including one for profanity and another for using excessive force.

## COUNT I  42 U.S.C. §1983

12. Plaintiff restates the factual allegations contained in Paragraphs 1 – 11 above, thereby incorporating them by reference as though fully set forth herein.

13. The actions of State Trooper Matthew J. Sheehan constituted a deliberate, willful and intentional violation of the following clearly established and well-settled federal constitutional rights of Mr. Monteiro;

    a) Freedom from the unreasonable seizure of his person and,

    b) Freedom from the use of unreasonable, unjustified and excessive force.

14. As a direct and proximate result of the above-described acts of State Trooper Matthew J. Sheehan, Mr. Monteiro suffered the loss of his physical liberty, endured great pain of body and anguish of mind, was required to incur expenses for medical treatment and was otherwise greatly damaged.

## COUNT 2 – ASSAULT AND BATTERY

15. Mr. Monteiro restates the factual allegations contained in Paragraphs 1 – 11 above, thereby incorporating them by reference as though fully set forth herein.

16. State Trooper Matthew J. Sheehan assaulted and battered Mr. Monteiro.

17. As a direct and proximate result thereof, Mr. Monteiro suffered great pain of body and anguish of mind, was required to incur expenses for medical treatment and was otherwise greatly damaged.

## PRAYER FOR RELIEF

The Plaintiff, Mr. Monteiro prays that this Honorable Court:

a) Enter judgment in his favor on each and every count of this Complaint, and,

b) Award compensatory damages, and;

c) Award punitive damages against defendants under Count 1, and;

d) Award the costs of this action, including reasonable attorney fees pursuant to 42 U.S.C. §1988 under Count 1, and;

e) Award costs and interest and,

f) Award such other and further relief as this Court may deem appropriate.

THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.

Respectfully submitted,

Manuel R. Pires, Esq. BBO#563067
1212 Hancock Street, Suite LL30
Quincy, Massachusetts 02169
617-770-1212

Andrew Stockwell-Alpert, Esq.
BBO #481190
6 Beacon Street, Suite 900
Boston, MA 02108
617-720-4244

Dated: February 22, 2021

4

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): ADERITO MONTEIRO <br> ADDRESS: 9 GLENDALE STREET <br> RANDOLPH, MA 02368 <br><br> ATTORNEY: MANUEL R. PIRES <br> ADDRESS: 1212 HANCOCK STREET <br> SUITE LL 30 <br> QUINCY, MA 02169 <br> BBO: 563067 | | COUNTY <br><br> DEFENDANT(S): MATTHEW J. SHEEHAN <br> 100 MASSPORT HAUL ROAD <br> SOUTH BOSTON, MA <br><br> ADDRESS: |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B99 | CIVIL RIGHTS ACTION | F | ☒ YES ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☒ NO

Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ........ $
  2. Total doctor expenses ........ $
  3. Total chiropractic expenses ........ $
  4. Total physical therapy expenses ........ $
  5. Total other expenses (describe below) ........ $
     Subtotal (A): $

B. Documented lost wages and compensation to date ........ $
C. Documented property damages to date ........ $
D. Reasonably anticipated future medical and hospital expenses ........ $
E. Reasonably anticipated lost wages ........ $
F. Other documented items of damages (describe below) ........ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F): $

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X [signature] Date: 02.23.2021

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X [signature] Date: 02.23.2021

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2184CV00418 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Monteriro, Aderito vs. Sheehan, Matthew J | | Michael Joseph Donovan, Clerk of Court |
| TO: File Copy | | COURT NAME & ADDRESS Suffolk County Superior Court - Civil Suffolk County Courthouse, 12th Floor Three Pemberton Square Boston, MA 02108 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION      DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 05/24/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 06/23/2021 | |
| All motions under MRCP 12, 19, and 20 | 06/23/2021 | 07/23/2021 | 08/23/2021 |
| All motions under MRCP 15 | 06/23/2021 | 07/23/2021 | 08/23/2021 |
| All discovery requests and depositions served and non-expert depositions completed | 12/20/2021 | | |
| All motions under MRCP 56 | 01/19/2022 | 02/18/2022 | |
| Final pre-trial conference held and/or firm trial date set | | | 06/20/2022 |
| Case shall be resolved and judgment shall issue by | | | 02/23/2023 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED 02/23/2021 | ASSISTANT CLERK Paul Kenneally | PHONE (617)788-8172 |
|---|---|---|

Date/Time Printed: 02-23-2021 14:45:38      SCV026\ 08/2018